UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Michael A. Hammer

v. : Magistrate No. 14-6080 (JAD)

KEILA RAVELO : **ORDER MODIFYING CONDITIONS OF RELEASE**

    This matter having come before the Court upon the application of the defendant KEILA RAVELO, by her attorney Aidan P. O'Connor, Esq., for an order modifying the conditions of her release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143 to eliminate the condition of home confinement and location monitoring, and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (Andrew Kogan, Assistant U.S. Attorney, appearing) consenting to this modification; and the Court finding that defendant KEILA RAVELO has [taken all reasonable measures to perfect] the security for the bond imposed on December 22, 2014; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant KEILA RAVELO as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown; *and it having been reported to the Court that all parties consent to the within application;*

    WHEREFORE, it is on this 31st day of December, 2014,

ORDERED that the conditions of release imposed upon defendant KEILA RAVELO are modified by removing the conditions of home detention and electronic location monitoring from defendant KEILA RAVELO. All other bail conditions shall remain in full force and effect.

_____
HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

and it is further Ordered that on or before January 6, 2015, Defendant will provide the Government with confirmation that Citibank has received and processed the December 31, 2014 ORDER (D.E. #16), AND DEFENDANT WILL TAKE NO ACTION TO IMPEDE, FRUSTRATE OR OBSTRUCT THE EXECUTION OF THE ORDER.