Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendant*
*Keila Ravelo*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEILA RAVELO<br><br>Defendant. | Case No.: 14-6800-01<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Steven H. Sadow and Lawrence S. Lustberg, and upon all pleadings and proceedings herein, Defendant Keila Ravelo hereby moves this Court, for an order admitting Steven H. Sadow to appear before this Court *pro hac vice* and to act as co-counsel in the above captioned matter.

Dated: January 8, 2015        s/Lawrence S. Lustberg
                              Lawrence S. Lustberg
                              GIBBONS, P.C.
                              One Gateway Center
                              Newark, New Jersey 07102-5310
                              (973) 596-4500

                              *Attorneys for Defendant*
                              *Keila Ravelo*