Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Steven H. Sadow *(to be admitted pro hac vice)*
260 Peachtree Street, NW
Suite 2502
Atlanta, GA 30303

*Attorneys for Defendant*
*Keila Ravelo*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEILA RAVELO<br><br>Defendant. | Case No.: 14-6800-01<br><br>**CERTIFICATION OF STEVEN H. SADOW, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

**I, STEVEN H. SADOW, ESQ.**, do hereby certify as follows:

1. I am an attorney at law in Atlanta, GA. My address is 260 Peachtree Street, NW, Suite 2502, Atlanta, GA 30303. I am fully familiar with the facts and circumstances surrounding this above-captioned matter, and I submit this Certification in support of Defendant Keila Ravelo's application for my admission *pro hac vice*.

2. I am a member in good standing of the bar of the United States District Court for the Northern District of Georgia and have been since 1979. A Certificate of Good Standing is annexed hereto as Exhibit A.

3. I am also a member in good standing of the bar of the Supreme Court of Georgia

and have been since 1979. My GA Bar Number is 622075.

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have never been denied admission to the State Bar of New Jersey.

6. I have never been denied admittance to any court *pro hac vice*.

7. I agree to comply with the standards of professional conduct required of the members of the bar of this Court.

8. In light of the foregoing, I respectfully request on behalf of Defendants that I be admitted *pro hac vice* for the purpose of representing her in this matter in association with New Jersey counsel, Gibbons P.C. I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Atlanta, Georgia
January 7, 2015

Steven H. Sadow, Esq.

# EXHIBIT A

#2171164 v1
113258-89857



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
}
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that STEVEN HOWARD SADOW, Georgia Bar No. 622075, was duly admitted to practice in said Court on November 9, 1979, and is in good standing as a member of the bar of said Court.

Dated at Newnan, Georgia, this 22nd day of December, 2014

JAMES N. HATTEN
CLERK OF COURT

By: *Janice Micallef*
Janice Micallef
Deputy Clerk