Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendant*
*Keila Ravelo*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 14-6800-01 |
| v. | |
| KEILA RAVELO | **ORDER GRANTING *PRO HAC VICE* ADMISSION OF STEVEN H. SADOW, ESQ.** |
| Defendant. | |

**THIS MATTER** having been brought before the Court by Defendant Keila Ravelo, by and through their attorneys, Gibbons P.C., for the entry of an Order admitting Steven H. Sadow, Esq., to appear *pro hac vice* in the above-captioned matter; and the Court having considered the Certifications of Steven H. Sadow, Esq., and Lawrence S. Lustberg, Esq., in support thereof, and for good cause shown,

**IT IS** on this _____ day of January, 2015,

    **ORDERED**

    That Steven H. Sadow, Esq., 260 Peachtree Street Northeast, Atlanta, GA 30303 be and hereby is granted admission *pro hac vice* for the purpose of appearing as co-counsel in the within matter.

 

_____
Honorable Michael A. Hammer
United States Magistrate Judge