**AKERMAN LLP**
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel.: 212-822-2249
Richard J. Galati Jr. (Attorney ID RG1773)
richard.galati@akerman.com
*Counsel for CitiMortgage, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>                    v.<br><br>KEILA RAVELO,<br><br>                    *Defendant.* | Hon. Kevin McNulty<br><br>Case No. 2:15-cr-00576-km<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of CitiMortgage, Inc., loan servicer for Citibank, N.A., and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

Richard J. Galati Jr., Esq.
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel: (212) 880-3800

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: New York, New York
       November 8, 2016

**AKERMAN LLP**

/s/ Richard J. Galati
Richard J. Galati Jr., Esq.
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel.: (212) 880-3800

*Attorneys for CitiMortgage, Inc.*