UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 15-576 (KM) |
| v. : | |
| KEILA RAVELO, : | |
| Defendant. : | |

---------------------------------------------------------x

NONPARTY GARY B. FRIEDMAN'S NOTICE OF APPEARANCE
AND REQUEST FOR ECF NOTIFICATION

Please take notice that nonparty Gary B. Friedman, having been served a subpoena duces tecum in this action, hereby enters an appearance on his own behalf, consents to the service of papers upon him electronically and respectfully requests that notification of all ECF filings in this action be directed to him at the following email address: gfriedman@flgllp.com.

Dated: August 29, 2017
         Los Angeles, CA

                                         GARY B. FRIEDMAN

                                         */s/ Gary B. Friedman*
                                         154 Grand Street
                                         New York, New York  10013
                                         (917) 568-5024
                                         gfriedman@flgllp.com

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was served today upon counsel for all parties via the Court's Electronic Court Filing system.

Dated: August 29, 2017
       Los Angeles, CA

                                                */s/ Gary B. Friedman*