AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> KEILA RAVELO <br> *Defendant* | ) ) ) ) ) Case No. 2:15-576 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CitiMortgage, Inc., (interested party)

Date: 06/14/2018

*Attorney's signature*

Joseph M. Defazio, Esq. (006932011)
*Printed name and bar number*

Akerman LLP
666 Fifth Ave., 20th Floor
New York, NY 10103

*Address*

joseph.defazio@akerman.com
*E-mail address*

(212) 880-3800
*Telephone number*

(212) 905-6470
*FAX number*