

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*  *Fax: 973-645-2702*

April 29, 2019

Michael Dixon
United States District Court
Martin Luther King Jr.
Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:    <u>U.S. v. Keila Ravelo, Crim No. 15-00576</u>

Dear Mr. Dixon:

    Please be advised that the above matter has been completed as to defendant Keila Ravelo.  Kindly cancel the Court's Recognizance Bond recorded as follows:

        Recog No. NEW5209
        Case No. 15-00576
        Amount: $750,000
        Date Entered: April 20, 2016

    Thank you for your assistance in this matter.

        Sincerely,

        CRAIG CARPENITO
        United States Attorney

         s/*Andrew Kogan*

        By: Andrew Kogan
        Assistant U.S. Attorney